# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Anthony Richard Conrad

v.

(Full name of defendant(s))

Todd Prochaska

Case Number:

**17-C-0664**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __125 S. Adams St., Green Bay, WI, 54301__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Todd Prochaska__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Brown County Sheriff's Department, 2684 Development Dr.,__
__Bellevue, WI, 54311__        (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

On January 8th, 2017, Deputy Todd Prochaska responded to a call at the McDonald's located at 2421 Monroe Rd. in the Village of Bellevue in Brown Co, WI. The Deputy proceeded to Tase, strike the plaintiff twice with an expandable baton and then slam him to the ground causing visible injury to the right side of the plaintiff's head. The Deputy claims this was a result of the plaintiff being unresponsive upon his arrival and then taking a defensive posture.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

The plaintiff seeks damages and compensation for the use of unneccessary and excessive force, injuries, lost wages and attorney's fees.

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __3rd__ day of __May__ 20__17__.

Respectfully Submitted,

_____
Signature of Plaintiff

__930000008042__
Plaintiff's Prisoner ID Number

_____

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑ **I DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ **I DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5