Greetings, 10.29.18

17-C-664 PP

I just wanted to let the court know that I have complied with the courts order to answer the interrogatories sent to me by the defendants representatives. However, I've been unable to procure the proper paperwork and/or information to answer the questions to their satisfaction in all likelyhood. The reason being that I started my Earned Release Program on September 3rd, and after 3 weeks of having no access to the library, our schedule now allows for one hour at the library per week.

Because of this I have been unable, and will be unable to represent myself in this case. I have begun a search for counsel, but thus far have been unsuccessfull, so more than likely I will be motioning for court appointed counsel.

I also wanted to make sure my address is up to date, it is as follows:

Anthony Conrad #639056
Racine Correctional Institution - Dane West
P.O Box 900
Sturtevant, WI 53177

Thank you for your time and have a great day.

Yours,

Anthony Conrad